UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

January 8, 2015

MEMO RE:  United States of America v. Richard A. Schmidt
         Criminal No. JFM-04-052
         Civil No. JFM-13-3370

Dear Mr. Myers and Mr. Schmidt:

 I have reviewed the memoranda submitted in connection with Mr. Schmidt's most recent Section 2255 motion.

 It is not clear to me that the timeliness issue is entirely separate from the merits of the claim raised by Mr. Schmidt. Accordingly, I request the Government to submit a response to the merits of Mr. Schmidt's motion on or before February 26, 2015.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge