UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

Richard A. Schmidt,

    Petitioner,

v.                                    Civil No. 13-3370-SFM

United States of America,

    Respondent,

## OBJECTION TO SUA SPONTE ORDER REQUESTING A SECOND RESPONSE TO PETITIONER'S TITLE 28 U.S.C. § 2255 MOTION

COMES NOW Richard A. Schmidt, Petitioner, pro se who notes objection to the Memo Order dated January 8, 2015, wherein the Court, having reviewed the memoranda of the United States for the United States' response in opposition to the Petitioner's § 2255 motion, offered comment on its substance and further requested a second response to the merits of Mr. Schmidt's motion.

The response the United States filed was expressly on the merits. In the final note on page 7 of the United States motion to dismiss, the United States requested the opportunity to address "Schmidt's specific claims of ineffective assistance and lack of jurisdiction." in the event their motion to dismiss was denied. (Doc 57, p7) On October 29, 2014, the Court 1) denied the United States Motion to Dismiss and 2) specifically Ordered that the United States file response on the merits of Schmidt's motion by December 2, 2014. On December 2, 2014, the United States filed its response on the merits

and did in fact on page 7 and 8 express argument thereon. On December 17, 2014, Petitioner filed a timely reply to the United States reponse on the merits.

The Petitioner has clearly articulated the factual and legal basis for the actual and factual innocence of Schmidt for the alleged violation of Title 18 U.S.C. § 2243. It is appropriate for the Court to rule on the motion rather than request a second response by the United States.

Accordingly, the Petitioner requests the Court strike its request for a second response and rule on the pleadings as filed.

Respectfully submitted,

*Richard A. Schmidt*
Richard A. Schmidt
Reg. No.47454-083
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, NJ  08640-0902

**CERTIFICATION**

    I hereby certify that on this 15 day of January, 2015, I filed the above Objection To Sua Sponte Order Requesting A Second Response To Petitioner's Title 28 U.S.C. § 2255 Motion to the United States Motion to Dismiss with the Clerk of Court for the District Court of Maryland and a copy on the United States Attorney at the addresses below by regular mail postage prepaid using the Prison Legal Mail System at F.C.I. Fort Dix pursuant to <u>Houston v. Lack</u>. This certification is made pursuant to Title 28 U.S.C. § 1746.

Clerk of Court  
United States District Court  
U.S. Courthouse  
101 W. Lombard St.  
Baltimore, MD  21201

United States Attorney  
Rod J. Rosenstein  
36 S. Charles St., 4th floor  
Baltimore, MD  21201

                          Respectfully submitted,

                          */s/ Richard A. Schmidt*  
                          Richard A. Schmidt  
                          Reg. No.47454-083  
                          F.C.I. Fort Dix  
                          P.O. Box 2000  
                          Fort Dix, NJ  08640-0902